IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy: Deborah Hansen | Date: January 30, 2014 |
| Court Reporter: Gwen Daniel | Probation: Gary R. Kruck |

_____

Criminal Action No. 12-cr-00242-WJM      <u>Counsel:</u>

UNITED STATES OF AMERICA,                Zachary H. Phillips

    Plaintiff,

v.

1. REYNA MENDOZA-HARO,                   Harvey A. Steinberg
    a/k/a "Reyna Mendoza"                Ariel Benjamin
    a/k/a "Reyna"
    a/k/a "Reyna Gonzalez"
    a/k/a "Amanda Gonzalez,"

    Defendant.

_____

**COURTROOM MINUTES**
_____

HEARING - SENTENCING

03:08 p.m.    Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

Court's comments

Sentencing Statement by Mr. Phillips

1

Sentencing Statement by Mr. Steinberg

**ORDERED: 1.** **There being no objection to the Government's Motion for Defendant to Receive Three-Level Decrease for Acceptance of Responsibility Under U.S.S.G. §3E1.1(b) [726], the Motion is GRANTED.**

**ORDERED: 2.** **There being no objection to the Government's Motion to Dismiss Remaining Counts of the Indictment as to Defendant Reyna Mendoza-Haro [727], the Motion is GRANTED. Counts Two, Six, Twelve, Fourteen, Seventeen, Twenty, Twenty-One and Twenty-Two of the Indictment are dismissed as to Defendant No. 1 Reyna Mendoza-Haro only.**

The Court addresses the Defendant's Unopposed Motion for Downward Departure from Criminal History Category 3 to Criminal History Category 2 Pursuant to 4A1.3 [711]

Statement by Mr. Steinberg

Statement by Mr. Phillips

**ORDERED: 3.** **Defendant's Unopposed Motion for Downward Departure from Criminal History Category 3 to Criminal History Category 2 Pursuant to 4A1.3 [711] is GRANTED.**

The Court addresses the United States § 5K1.1 Motion for Downward Departure from Sentencing Guideline Range [756]

Mr. Phillips' comments

The Government requests leave to amend the § 5K1.1 Motion for Downward Departure from Sentencing Guideline Range.

**ORDERED: 4.** **The Government's oral motion to amend its Motion [756] is GRANTED. The Government's Motion for a Downward Departure is construed to be a motion pursuant to both 5K1.1 as well as a motion pursuant to Section 3553(e).**

Court's comments

Mr. Phillips' comments

Mr. Steinberg's comments

Court's comments

Defendant's Allocution

**ORDERED: 5.    The Government's § 5K1.1 Motion for Downward Departure from Sentencing Guideline Range, construed to be a motion pursuant to both 5K1.1 as well as a motion pursuant to Section 3553(e) [756], is GRANTED IN PART.**

**ORDERED: 6.    The Government's Motion for Downward Variant Sentence [728] is GRANTED IN PART.**

**ORDERED: 7.    The Defendant's Motion for Variance (Non-Guideline Sentence) [712] is DENIED AS MOOT.**

Defendant plead guilty to Count One of the Indictment on November 12, 2013.

**ORDERED:   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Reyna Mendoza-Haro, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 84 months.**

**The Court recommends that the Director of the Bureau of Prisons give defendant full credit for her time served in pretrial detention.**

**The Court recommends that the Bureau of Prisons designate an institution for the defendant with a Residential Drug Abuse Program or comparable substance abuse program, and that the defendant take advantage of such programs during her imprisonment.**

**ORDERED:   Upon release from imprisonment defendant is placed on supervised release for a term of five years.**

**Within 72 hours of release from the custody of the Bureau of Prisons defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and the defendant must comply with the standard conditions adopted by this Court.**

> **The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**
>
> **The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

ORDERED:  Special Conditions of supervised release:

>   1.  The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.
>
>   2.  The defendant shall participate in and successfully complete a program of mental health treatment, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release to the treatment agency all psychological reports and/or the presentence report for continuity of treatment.

ORDERED:  The defendant shall pay a Special Assessment of $100.00, which shall be due and payable immediately.

**The Court FINDS that the defendant does not have the ability to pay a fine, so the Court will waive the payment of any fine in this case other than the Special Assessment**.

ORDERED:  Pursuant to Rule 32.2 of the Fed. Rules of Crim. P. and the defendant's admission to the forfeiture allegation in the Indictment, the defendant shall forfeit to the United States any and all property, real or personal, derived from proceeds from the instant offense and as stipulated to in the Plea Agreement.

Defendant advised of her right to appeal her conviction, as well as the sentence imposed, except in very limited circumstances**.**

ORDERED:  Defendant is REMANDED to the custody of the U.S. Marshal.

04:18 p.m.  Court in Recess
            Hearing concluded
            Time one hour and 10 minutes