IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-00242-WJM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**REYNA MENDOZA-HARO**,

       Defendant.

___

### NOTICE OF APPEAL
___

      Defendant, Reyna Mendoza-Haro, through appointed counsel, Virginia L. Grady, Federal Public Defender, files this notice of appeal to the Tenth Circuit Court of Appeals, and appeals the sentence of the Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2), filed on July 28, 2015.

                                        Respectfully submitted,

                                        s/ Virginia L. Grady
                                        VIRGINIA L. GRADY
                                        Federal Public Defender
                                        633 - 17th Street, Suite 1000
                                        Denver, Colorado   80202
                                        Telephone:  (303) 294-7002
                                        FAX:  (303) 294-1192
                                        E-mail:  Virginia_Grady@fd.org
                                        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2015, I electronically filed the foregoing

### NOTICE OF APPEAL

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Susan Knox, Assistant U.S. Attorney
        Susan.Knox@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Reyna Mendoza-Haro

        s/ Virginia L. Grady
        VIRGINIA L. GRADY
        Federal Public Defender
        633 - 17th Street, Suite 1000
        Denver, Colorado   80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        E-mail:  Virginia_Grady@fd.org
        Attorney for Defendant