IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-0242-WJM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    REYNA MENDOZA-HARO,

    Defendant.

_____

## NOTICE OF APPEAL
_____

Reyna Mendoza-Haro, by and through her attorney, Assistant Federal Public Defender Veronica S. Rossman, hereby files this notice of appeal to the Tenth Circuit Court of Appeals, and appeals the Order Denying Defendant's Motion for Reconsideration entered on January 13, 2016.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender


    *s/ Veronica S. Rossman*
    Veronica S. Rossman
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Veronica_Rossman@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2016, I electronically filed the foregoing

**NOTICE OF APPEAL**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Susan Diane Knox, Assistant U.S. Attorney
    Email: Susan.knox@usdoj.gov

    James C. Murphy, Assistant U.S. Attorney
    Email: james.murphy3@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Ms. Reyna Menodza-Haro *(via U.S. Mail)*

    *s/ Veronica S. Rossman*
    Veronica S. Rossman
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, CO  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Veronica_Rossman@fd.org
    Attorney for Defendant